Opinion issued April 27, 2023



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-22-00864-CV

_____

**MARCO ANTONIO CHAGOYA AND JOSE MANUEL FIGUEROA,**
**Appellants**

**V.**

**MARIO VILCHIS, Appellee**

---

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Case No. 2021-42426**

---

## MEMORANDUM OPINION

Appellants, Marco Antonio Chagoya and Jose Manuel Figueroa, have filed a notice of appeal from the trial court's October 21, 2022 judgment. Appellants have failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief).

On December 15, 2022, the court reporter notified the Court that no reporter's record was taken in this case, and on December 28, 2022, the clerk's record was filed. Accordingly, appellants' brief was due to be filed on or before January 27, 2023. *See* TEX. R. APP. P. 38.6(a). On January 27, 2023, appellants filed a motion for extension of time to file their appellants' brief, which the Court granted, extending the deadline for appellants to file their brief to March 1, 2023. *See* TEX. R. APP. P. 10.5(b), 38.6(d). Appellants did not file an appellants' brief.

On March 9, 2023, the Clerk of this Court notified appellants that this appeal was subject to dismissal unless a brief, or a motion to extend time to file a brief, was filed within ten days of the notice. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of case for failure to comply with notice from Clerk of Court). Despite the notice that this appeal was subject to dismissal, appellants did not adequately respond.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), 43.2(f). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Rivas-Molloy, Farris.

2